1  **JEFFREY B. SETNESS, ESQ.**
   **California State Bar No. 96773**
2  **Nevada State Bar No. 2820**
   **FABIAN VANCOTT**
3  **411 East Bonneville Avenue, Suite 400**
   **Las Vegas, Nevada 89101**
4  **Telephone:   (702) 286-2626**
   **Facsimile:   (877) 898-1168**
5  **E-mail:      jsetness@fabianvancott.com**

6  *Attorneys for Plaintiffs:*

7  *Carolyne Y. Sohn as Trustee of the Evergreen Trust dated November 4, 2003*
   *Olivia L. Yu as Trustee of the Evernoble Trust dated November 4, 2003*
8

9               **UNITED STATES DISTRICT COURT**

10                **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| **CAROLYNE Y. SOHN AS TRUSTEE OF THE EVERGREEN TRUST DATED NOVEMBER 4, 2003; AND OLIVIA L. YU AS TRUSTEE OF THE EVERNOBLE TRUST DATED NOVEMBER 4, 2003,**<br><br>**PLAINTIFFS,**<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>**DEFENDANT.** | **CASE NO. 1:22-CV-00090-JLT-EPG**<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR ORDER CONFIRMING UNITED STATES' DISCLAIMER OF INTEREST (TITLE 28, UNITED STATES CODE, § 2409a(e)) AND [PROPOSED] ORDER** |

20   Plaintiff CAROLYNE Y. SOHN, AS TRUSTEE OF THE EVERGREEN TRUST
21  DATED NOVEMBER 4, 2003; and Plaintiff OLIVIA L. YU, AS TRUSTEE OF THE
22  EVERNOBLE TRUST DATED NOVEMBER 4, 2003 (collectively referred to as "Plaintiffs"), by
23  and through their legal counsel Jeffrey B. Setness of the law firm of Fabian VanCott, pursuant to
24  Title 28, United States Code, § 2409a(e), hereby moves this Court for an order confirming "United
25  States' Disclaimer of Interest" that was filed on March 28, 2022 (Doc. No. 9) based upon the
26  following:
27  / / /

MOTION TO CONFIRM DISCLAIMER - 1

## I. PROCEDURAL BACKGROUND

On January 20, 2022, Plaintiffs filed their "Complaint to Quiet Title" (Doc. No. 1) alleging that this is an action to quiet title relating to the following two residential properties located in Merced County in which the Internal Revenue Service filed two Notices of Federal Tax Liens (hereinafter "NFTLs") in Merced County that impact these properties:

| Parcel No. | Address |
|---|---|
| 058-451-019-000 | 3525 San Moritz Avenue, Merced, California (hereinafter the "San Moritz Avenue Property") |
| 034-111-002-000 | 1370 East 22nd Street, Merced, California (hereinafter the "22nd Street Property") |

On March 28, 2022, the United States filed its Disclaimer of Interest (Doc. No. 9) which states as follows:

> The United States of America hereby disclaims any right, title, claim, or interest in the following real properties located in Merced County, State of California, and reflected in the Notices of Federal Tax Liens (Serial Numbers: 194269716 and 194270416) recorded in Merced County for the federal tax liabilities of Jeff T. Yu also known as Jeffrey T. Yu for tax years 1997, 1998, 1999, 2000, and 2001:
>
> 1. Parcel No. 058-451-019-000, 3525 San Moritz Avenue, Merced, California
>
> 2. Parcel No. 034-111-002-000, 1370 East 22nd Street, Merced, California

## II. LAW - TITLE 28, UNITED STATES CODE, § 2409a(e)

Title 28, United States, Code, §2409a(e) states, as follows:

> (e) **If the United States disclaims all interest in the real property** or interest therein adverse to the plaintiff at any time prior to the actual commencement of the trial, **which disclaimer is confirmed by order of the court**, the jurisdiction of the district court shall cease unless it has jurisdiction of the civil action or suit on ground other than and independent of the authority conferred by section 1346(f) of this title.

Emphasis added. See also *Culley v. United States*, Case No. 2:21-CV-00506-KJD-EJY (District of Nevada) and *Luciano Farms, LLC v. United States*, Case No. 2:13-CV-02116-KJM-AC (Eastern District of California).

Given the fact that on March 28, 2022, the United States disclaimed all interest in the two above-mentioned properties, it is respectfully requested that this Court enter an order confirming the United States' Disclaimer of Interest and declaring that the United States has no rights or interest in the two-above-mentioned properties pursuant to Title 28, United States Code, § 2409a(e).

Once the order confirming the Disclaimer of Interest is filed, it is respectfully requested that the Court dismiss this action pursuant to Title 28, United States Code, § 2409a(e).

### III. UNITED STATES DOES NOT OPPOSE THIS MOTION

On April 25, 2022, counsel for the Plaintiffs was informed by counsel for the United States that the United States does not oppose this motion.

### IV. CONCLUSION

In light of the foregoing, Plaintiffs respectfully requests that this Court confirm the "United States' Disclaimer of Interest" (Doc. No. 9).

Plaintiffs further respectfully request that, upon confirmation of the disclaimer of interest, that this Court dismiss this action pursuant to Title 28, United States Code, § 2409a(e).

**DATED this 25th day of April 2022.**         **FABIAN VANCOTT**

By:  */s/ Jeffrey B. Setness*
*JEFFREY B. SETNESS, ESQ.*
*Attorneys for Plaintiffs Carolyne Y. Sohn as Trustee of the Evergreen Trust dated November 4, 2003; and Olivia L. Yu as Trustee of the Evernoble Trust dated November 4, 2003*

# ORDER

Based upon Plaintiff's Motion (Doc. 10), the United States' non-opposition thereto, and good cause appearing:

1. The United States Disclaimer of Interest filed on March 28, 2022 (Doc. 9), in which the United States disclaimed all interest in: (a) 3525 San Moritz Avenue, Merced, California, Parcel No. 058-451-019-000; and (b) 1370 East 22nd Street, Merced, California, Parcel No. 034-111-002-000, is CONFIRMED.

2. The above-captioned action is DISMISSED pursuant to 28 U.S.C. § 2409a(e).

3. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:  **April 26, 2022**

UNITED STATES DISTRICT JUDGE